**Dale O. DUNLAP, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary Of Veterans Affairs, Respondent–Appellee.**

**No. 2011–7133.**

United States Court of Appeals, Federal Circuit.

May 11, 2012.

Kenneth M. Carpenter, Carpenter, Chartered, of Topeka, KS, argued for claimant-appellant.

Alex P. Hontos, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Dana Raffaelli, Attorney, United States Department of Veterans Affairs, of Washington, DC.

RADER, Chief Judge, PLAGER and LINN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.